# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00369-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ADRIAN RAMIREZ-CENTENO,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on defendant's **Unopposed Motion To Continue Change of Plea Hearing** [#13][2] filed November 13, 2011. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

    1. That defendant's **Unopposed Motion To Continue Change of Plea Hearing** [#13] filed November 13, 2011, is **GRANTED**;

    2. That the change of plea hearing set for December 9, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

    3. That on **December 9, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing; and

    4. That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: November 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.