# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00369-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ADRIAN RAMIREZ-CENTENO,

    Defendant.

## MINUTE ORDER[1]

On December 9, 2011, the court conducted a telephonic setting conference with government's counsel appearing by telephone and defense counsel appearing in chambers. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **January 5, 2012**, commencing at 9:00 a.m., the court shall conduct a joint change of plea in this matter with Criminal Case No. 11-cr-00205-REB, ***USA v. Sieving***; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: December 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.